Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LARRY MOORE, as an individual and on behalf of all other similarly situated,

    Plaintiff(s),

v.

C,R, ENGLAND, INC., a corporation, and DOES 1 through 50, INCLUSIVE

    Defendant(s).

CASE NO. C09-01814-BZ

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

ADAM C. SMEDSTAD , an active member in good standing of the bar of the state of Illinois whose business address and telephone number (particular court to which applicant is admitted) is Adam C. Smedstad (asmedstad@scopelitis.com)
SCOPELITIS GARVIN LIGHT HANSON & FEARY, P.C.
30 W. Monroe St., Suite 600, Chicago, IL 60603-2427
(312) 255-7200; (312) 422-1224 fax
, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing C.R. England, Inc.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: May 18, 2009

*/s/ Bernard Zimmerman*
BERNARD ZIMMERMAN
United States Magistrate Judge