Reset Form

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

LARRY MOORE, as an individual and on
behalf of all other similarly situated,

                Plaintiff(s),

        v.

C,R, ENGLAND, INC., a corporation, and
DOES 1 through 50, INCLUSIVE

            Defendant(s).     /

**CASE NO.** C09-01814-BZ

(Proposed)
**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
_PRO HAC VICE_**

R. JAY TAYLOR JR. , an active member in good standing of the bar of

the state of Indiana
(particular court to which applicant is admitted) whose business address and telephone number

is R. Jay Taylor Jr. (jtaylor@scopelitis.com)
SCOPELITIS GARVIN LIGHT HANSON & FEARY, P.C.
10 W. Market St., Suite 1500
(317) 637-1777; (317) 687-2414 fax , having applied in the

above-entitled action for admission to practice in the Northern District of California on a *pro hac*

*vice* basis, representing C.R. England, Inc.

        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice* . Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing* .

Dated: 28, May 2009

BERNARD ZIMMERMAN
United States Magistrate Judge

United States District Court
For the Northern District of California