James H. Hanson (Ind. Bar No. 8100-49)
jhanson@scopelitis.com
Robert L. Browning (Ind. Bar No. 15128-49)
rbrowning@scopelitis.com
R. Jay Taylor (Ind. Bar No. 19693-53)
jtaylor@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
10 West Market Street, Suite 1500
Indianapolis, Indiana 46204
Telephone: (317) 637-1777
Facsimile: (317) 687-2414

Kathleen C. Jeffries (Cal. Bar No. 110362)
kjeffries@scopelitis.com
Christopher C. McNatt, Jr. (Cal. Bar No. 174559)
cmcnatt@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Avenue, Suite 460
Pasadena, California 91101
Telephone: (626) 795-4700
Facsimile: (626) 795-4790

Adam C. Smedstad (Ill. Bar No. 6210102)
asmedstad@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
30 W. Monroe Street, Suite 600
Chicago, Illinois 60603
Telephone: (312) 255-7200
Facsimile: (312) 422-1224

Attorneys for Defendant,
C.R. England, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LARRY MOORE, as an individual and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>C.R. ENGLAND, INC., a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | **CASE NO. C09-01814-SC**<br><br>**STIPULATION RE DEFENDANT'S SECOND MOTION TO TRANSFER VENUE** |

IT IS HEREBY STIPULATED by and between Plaintiff, Larry Moore, and Defendant, C.R. England, Inc., through their respective counsel of record, to advance the hearing date on the Second Motion to Transfer (Docket Entry 36) in this matter from December 4, 2009 to any of the following dates: October 23, 2009, October 30, 2009, or November 13, 2009. In conjunction with advancing the hearing date, the parties agree that plaintiff's opposition to the motion, if any, shall be filed October 5, 2009 and defendant's reply to the opposition, if any, shall be filed October 12, 2009.

Dated: September 30, 2009

Law Offices of Kenneth H. Yoon

By: _/s/ Kenneth H. Yoon_
Kenneth H. Yoon
Attorneys for Plaintiff, Larry Moore, on behalf of himself and all others situated

Dated: September 30, 2009

Scopelitis, Garvin, Light, Hanson & Feary, LLP

By: _/s/ Christopher C. McNatt, Jr._
Christopher C. McNatt, Jr.
Attorneys for Defendant, C.R. England, Inc.

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, Christopher C. McNatt, Jr., am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2 North Lake Avenue, Suite 460, Pasadena, California 91101.

On, September 30, 2009, I served the following documents on interested parties in this action:

1. STIPULATION RE DEFENDANT'S SECOND MOTION TO TRANSFER VENUE
2. [PROPOSED] ORDER GRANTING STIPULATION ON SECOND MOTION FOR CHANGE OF VENUE

on interested parties to their counsel of record

√ VIA ELECTRONIC MAIL TO:

COUNSEL FOR PLAINTIFF LARRY MOORE

Larry W. Lee
lwlee@diversitylaw.com
Diversity Law Group, P.C.
Citigroup Center, Suite 1370
444 S. Flower Street
Los Angeles, California 90071

Kenneth H. Yoon
kyoon@yoon-law.com
Law Offices of Kenneth H. Yoon
One Wilshire Blvd., Suite 2200
Los Angeles, California 90017

Peter M. Hart
hartpeter@msn.com
Law Offices of Peter M. Hart
13952 Bora Bora Way, F-320
Marina Del Rey, California 90292

√ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 30, 2009, at Pasadena, California.

*/s/ Christopher C. McNatt, Jr.*
Christopher C. McNatt, Jr.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

LARRY MOORE, as an individual and on behalf of all others similarly situated,

Plaintiffs,

vs.

C.R. ENGLAND, INC., a corporation; and DOES 1 through 50, inclusive,

Defendants.

CASE NO. 3:09-cv-01814-SC

**ORDER GRANTING STIPULATION ON SECOND MOTION FOR CHANGE OF VENUE**

This matter is before the Court on the stipulation of the parties regarding the motion filed by Defendant, C.R. England, Inc. ("England"), to transfer venue of this case to the U.S. District Court for the District of Utah (or alternatively to the Central District of California) pursuant to 28 U.S.C. §§ 1406(a) and 1404(a). Having carefully reviewed the parties' stipulation, and for good cause appearing, the Court now advances the hearing date on the motion from December 4, 2009 to October 23, 2009~~[, or to October 30, 2009] [or to November 13, 2009~~]. The court sets the following briefing schedule: plaintiff's opposition to the motion, if any, shall be filed October 5, 2009 and defendant's reply to the opposition, if any, shall be filed October 12, 2009.

IT IS SO ORDERED.

Dated: 10/1/09

U.S. District Judge

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Samuel Conti

*Copies to:*
James H. Hanson
Robert L. Browning
R. Jay Taylor Jr.
Kathleen C. Jeffries
Christopher C. McNatt Jr.
Adam C. Smedstad
Larry W. Lee
Kenneth H. Yoon
Peter M. Hart, 13952 Bora Bora Way, F-320, Marina Del Rey, CA 90292