Peter M. Hart (State Bar No. 198691)
**LAW OFFICES OF PETER M. HART**
12121 Wilshire Blvd., Suite 205
Los Angeles, CA 90025
Telephone: (310) 478-5789
Facsimile: (509) 561-6441
hartpeter@msn.com

Attorneys for Plaintiff
(Additional Plaintiff's Counsel listed on following page)

James H. Hanson
**SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.**
10 West Market St., Suite 1500
Indianapolis, IN 46204
Telephone:  (317) 637-1777
Facsimile:  (317) 687-2414
jhanson@scopelitis.com

Attorneys for Defendant
(Additional Defense Counsel listed on following page)

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY MOORE,<br><br>          Plaintiff,<br><br>     vs.<br><br>C.R. ENGLAND, INC., a corporation,<br><br>          Defendant. | CASE NO. 5:09-cv-2020-GW(CWx)<br><br>NOTICE OF SETTLEMENT |

Attorneys for Plaintiff, continued

Kenneth H. Yoon (State Bar No. 198443)
**LAW OFFICES OF KENNETH H. YOON**
One Wilshire Blvd., Suite 2200
Los Angeles, CA 90017
(213) 612-0988
(213) 947-1211
kyoon@yoon-law.com

Larry W. Lee (State Bar No. 228175)
**DIVERSITY LAW GROUP, A Professional Corporation**
444 S. Flower Street, Suite 1370
Los Angeles, California 90071
(213) 488-6555
(213) 488-6554 facsimile
lwlee@diversitylaw.com

Attorneys for Defendant, continued,

Kathleen C. Jeffries (State Bar No. 110362)
Christopher C. McNatt, Jr. (State Bar No. 174559)
**SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP**
2 North Lake Avenue, Suite 460
Pasadena, CA 91101
Telephone:  (626) 795-4700
Facsimile:  (626) 795-4790
kjeffries@scopelitis.com
cmcnatt@scopelitis.com

Adam C. Smedstad
**SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.**
30 West Monroe Street, Suite 600
Chicago, IL 60603
Telephone:  (312) 255-7200
Facsimile:  (312) 422-1224
asmedstad@scopelitis.com

1    Plaintiff, Larry Moore, by counsel, and Defendant, C.R. England, Inc., by
2  counsel, hereby notify the Court that the referenced case has been settled and that the
3  trial date of September 27, 2011 can be vacated.   The parties are in the process of
4  completing the paperwork necessary to finalize the settlement agreement and anticipate
5  that the settlement will be completed within the next 14 days.   The parties request the
6  Court set a hearing on or after October 3, 2011 for the parties to file the joint motion to
7  dismiss this case or to report why the settlement has not been completed.
8  Dated:      September 15, 2011            Respectfully submitted,
9
10
11                                          /s/ James H. Hanson
12                                          James H. Hanson
13                                          Attorney for Defendant,
14                                          C.R. England, Inc.
15                      **Signature Certification**
16
17    I hereby certify that the content of this document is acceptable to Larry W. Lee,
18  Kenneth Yoon and Peter Hart, counsel for Plaintiff, and that I have obtained the
19  authorization from Mr. Lee, Mr. Yoon and Mr. Hart to affix their electronic signatures
20  to this documents.
21
22  Dated:  September 15, 2011              /s/ Larry W. Lee
23                                          Larry W. Lee
24  Dated:  September 15, 2011              /s/ Kenneth H. Yoon
25                                          Kenneth H. Yoon
26  Dated:  September 15, 2011              /s/ Peter M. Hart
27                                          Peter M. Hart
28                                          Attorneys for Plaintiff, Larry Moore

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically this 15th day of September, 2011. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Larry W. Lee
lwlee@diversitylaw.com
Diversity Law Group, P.C.
Citigroup Center, Suite 1370
444 S. Flower Street
Los Angeles, California  90071

Kenneth H. Yoon
kyoon@yoon-law.com
Law Offices of Kenneth H. Yoon
One Wilshire Blvd., Suite 2200
Los Angeles, California  90017

Peter M. Hart
Law Offices of Peter M. Hart
12121 Wilshire Blvd., Suite 205
Los Angeles, California  90025
hartpeter@msn.com

/s/ James H. Hanson
James H. Hanson

H:\Users\bleive\Documents\CR England\By Moore 8766.11\Pleadings\Notice of settlement.doc