James H. Hanson (Ind. Bar No. 8100-49)
jhanson@scopelitis.com
R. Jay Taylor Jr. (Ind. Bar No. 19693-53)
jtaylor@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
10 West Market Street, Suite 1500
Indianapolis, Indiana 46204
(317) 637-1777
Fax: (317) 687-2414

Kathleen C. Jeffries (Cal. Bar No. 110362)
kjeffries@scopelitis.com
Christopher C. McNatt, Jr. (Cal. Bar No. 174559)
cmcnatt@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Avenue, Suite 460
Pasadena, CA 91101
(626) 795-4700
Fax: (626) 795-4790

Adam C. Smedstad (Ill. Bar No. 6210102)
asmedstad@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
30 W. Monroe Street, Suite 600
Chicago, Illinois 60603
(312) 255-7200
Fax: (312) 422-1224

Attorneys for Defendant,
C.R. England, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY MOORE, as an individual and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>C.R. ENGLAND, INC., a corporation,<br><br>Defendant. | CASE NO. 5:09-cv-2020-GW(CWx)<br><br>**JOINT SETTLEMENT STATUS REPORT**<br><br>[[PROPOSED] ORDER submitted herewith]<br><br>Date: October 20, 2011<br>Time: 8:30 a.m.<br>Ctrm: 10<br>Judge George Wu |

Plaintiff, Larry Moore ("Moore"), and Defendant, C.R. England, Inc., respectfully submit the following Joint Settlement Status Report:

1. On September 15, 2011, the parties filed their Notice of Settlement (ECF No. 191), advising the Court that the case had settled. On September 16, 2011, the Court entered its Order (ECF No. 192) instructing the parties to file a stipulation to dismiss the case by Noon on October 19, 2011, or to appear for a show-cause hearing on October 20, 2011 at 8:30 a.m.

2. The parties have finalized the terms of their Settlement Agreement and anticipate executing the Settlement Agreement shortly. Because the Settlement Agreement has been approved but not yet executed by all parties, and because the Settlement Agreement includes terms providing Plaintiff Larry Moore with time to consider and revoke the agreement as required by federal law.

3. Accordingly, the parties request that the court vacate the show cause hearing on October 20, 2011 and reset it in 30 days to allow the parties to fully execute the Settlement Agreement and be beyond the mandated revocation period such that the Settlement Agreement will be fully enforceable when the parties file the Stipulation and Order for Dismissal.

WHEREFORE, the parties jointly request that the Court vacate the October 20, 2011 show-cause hearing and re-set the matter for hearing on or after November 21, 2011 based on the Court's availability.

Dated: October 19, 2011

Respectfully submitted,

*/s/James H. Hanson*
James H. Hanson

Attorney for Defendant,
C.R. England, Inc.

Dated: October 19, 2011

                                                LAW OFFICES OF PETER M. HART

                                               */s/Amber S. Healy*
                                               Amber S. Healy
                                               Attorneys for Plaintiff,
                                               Larry Moore

## **SIGNATURE CERTIFICATION**

       I hereby certify that the content of this document is acceptable to Amber Healy, Larry W. Lee, Kenneth Yoon and Peter Hart, counsel for Plaintiff, and that I have obtained the authorization from Amber Healy to affix her electronic signature to this document.

Dated: October 19, 2011

                                               Respectfully submitted,

                                               */s/Amber Healy*
                                               Amber Healy

                                               Attorney for Plaintiff,
                                               Larry Moore

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically this 19th day of October, 2011. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system and parties may access this filing through the Court's system.

Larry W. Lee
lwlee@diversitylaw.com
Diversity Law Group, P.C.
Citigroup Center, Suite 1370
444 S. Flower Street
Los Angeles. California 90071

Kenneth H. Yoon
kyoon@yoon-law.com
Law Offices of Kenneth H. Yoon
One Wilshire Blvd., Suite 2200
Los Angeles, California 90017

Peter M. Hart
hartpeter@msn.com
Law Offices of Peter M. Hart
12121 Wilshire Boulevard, Suite 205
Los Angeles, California 90025

Kimberly Anne Westmorland
kwestmoreland.loph@gmail.com
Law Offices of Peter M. Hart
12121 Wilshire Boulevard, Suite 205
Los Angeles, California 90025

Amber Healy
ahealy.loph@gmail.com
Law Offices of Peter M. Hart
12121 Wilshire Boulevard, Suite 205
Los Angeles, California 90025

*/s/James H. Hanson*
James H. Hanson