James H. Hanson (Ind. Bar No. 8100-49)
jhanson@scopelitis.com
R. Jay Taylor Jr. (Ind. Bar No. 19693-53)
jtaylor@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
10 West Market Street, Suite 1500
Indianapolis, Indiana  46204
(317) 637-1777
Fax: (317) 687-2414

Kathleen C. Jeffries (Cal. Bar No. 110362)
kjeffries@scopelitis.com
Christopher C. McNatt, Jr. (Cal. Bar No. 174559)
cmcnatt@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Avenue, Suite 460
Pasadena, CA 91101
(626) 795-4700
Fax:  (626) 795-4790

Adam C. Smedstad (Ill. Bar No. 6210102))
asmedstad@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
30 W. Monroe Street, Suite 600
Chicago, Illinois 60603
(312) 255-7200
Fax:  (312) 422-1224

Attorneys for Defendant,
C.R. England, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY MOORE, as an individual and on behalf of all others similarly situated, ) ) ) Plaintiffs, ) ) vs. ) ) C.R. ENGLAND, INC., a corporation, ) ) Defendant. ) | CASE NO. 5:09-cv-2020-GW(CWx) <br><br> **[PROPOSED] ORDER ON JOINT SETTLEMENT STATUS REPORT** <br><br> Ctrm: 10 <br> Judge George Wu |

1    This matter came before the Court on the Joint Settlement Status Report (the

2  "Joint Report") filed by Plaintiff, Larry Moore, and Defendant, C.R. England, Inc.

3  The Court, having reviewed the Joint Report now finds that the Joint Stipulation

4  should be granted.

5    IT IS THEREFORE ORDERED that the October 20, 2011 show-cause

6  hearing is hereby continued to _____ [a date on or after November 21,

7  2011 depending on the Court's availability].

8

9  DATED:_____

10

11                                    _____

                                      Hon. George H. Wu,
                                      U.S. District Judge

12

13  H:\Users\jwoolley\RJT\CR England-8766\11-by Moore\pleadings\Proposed Order on Settlement Status Report - FINAL - 10-19-11.doc

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28